```
HEATHER LEE PETTERSON            SYNCHRONY BANK
158 SYKES AVE                    ATTN: BANKRUPTCY
FLORENCE, MS 39073               PO BOX 965064
                                 ORLANDO, FL 32896



THOMAS C. ROLLINS, JR.           SYNCHRONY BANK
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY
P.O. BOX 13767                   P.O. BOX 965064
JACKSON, MS 39236                ORLANDO, FL 32896



AMEX                             SYNCHRONY BANK
PO BOX 981540                    ATTN: BANKRUPTCY
EL PASO, TX 79998                PO BOX 965060
                                 ORLANDO, FL 32896



BEST EGG
ATTN: BANKRUPCTY
PO BOX 42912
PHILADELPHIA, PA 19101



CITIBANK
PO BOX 790040
ST. LOUIS, MO 63179



CITIBANK
PO BOX 790040
ST LOUIS, MO 63179



ELAN FINANCIAL SERVICE
CB DISPUTES
SAINT LOUIS, MO 63166



GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176



RHODE ISLAND CREDIT UN
160 FRANCIS STREET
PROVIDENCE, RI 02903
```