**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                               CHAPTER 13 NO.:

HEATHER LEE PETTERSON                                    25 – 00969 – JAW

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on April 15, 2025, and a 341(a) Meeting of Creditors was held on May 20, 2025.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtor lists a 401(k) loan in the amount of $419.68 on Schedule "I". According to information provided at Debtor's 341(a) Meeting of Creditors, one loan on the amount of $211.40 monthly ends in February 2026 and one loan in the amount of $208.00 monthly ends in July of 2027. Debtor should be required to pay an increased distribution to unsecured creditors at that time or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  May     21    , 2025

                                      Respectfully submitted,

                                      /s/Harold J. Barkley, Jr.
                                      HAROLD J. BARKLEY, JR. – MSB #2008
                                      CHAPTER 13 TRUSTEE
                                      POST OFFICE BOX 4476
                                      JACKSON, MS 39296-4476
                                      PHONE: 601/362-6161  FAX: 601/362-8826
                                      EMAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Heather Lee Petterson
158 Sykes Avenue
Florence, MS  39073

Dated:  May       21      , 2025

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.