_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 11, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

HEATHER LEE PETTERSON                                                25-00969 – JAW

## AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Objection to Confirmation of Plan (DK # 17); and the parties agree as follows:

THAT, the Trustee's Objection to Confirmation of Plan is withdrawn.

THAT, the Debtor's wage deduction order shall be amended to pay an additional $200.00 monthly to unsecured creditors starting March 2026 and an additional $200.00 monthly to unsecured creditors starting August 2027, with the Trustee to determine the proper percentage distribution. The Debtor's wage deduction order shall be amended as necessary at that time to comply with the terms of this Agreed Order.

**##END OF ORDER##**

AGREED:

/s/ Joshua C. Lawhorn                                        /s/ Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902                             THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                         ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM