United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-00969-JAW
Heather Lee Petterson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Jun 12, 2025    Form ID: n031    Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Lee Petterson, 158 Sykes Ave, Florence, MS 39073-9370 |
| 5498306 | + | Rhode Island Credit Un, 160 Francis Street, Providence, RI 02903-1118 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5498300 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2025 19:33:15 | Amex, Po Box 981540, El Paso, TX 79998-1540 |
| 5498301 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 12 2025 19:33:10 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5498302 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2025 19:33:16 | Citibank, Po Box 790040, St. Louis, MO 63179-0040 |
| 5518933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2025 19:33:16 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5517096 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2025 19:33:21 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5498304 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 12 2025 19:28:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 5498305 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 12 2025 19:28:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5518262 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 19:33:16 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5498309 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2025 19:33:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5498307 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2025 19:33:16 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5508434 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 12 2025 19:28:00 | U.S. Bank National Association dba Elan, Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5498303 | *+ | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5498308 | *+ | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: n031 | Total Noticed: 13 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Heather Lee Petterson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00969−JAW
**Chapter:** 13

**In re:**

Heather Lee Petterson
aka Heather L McLarrin, aka Heather L Petterson
158 Sykes Ave
Florence, MS 39073

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 12, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 12, 2025

Danny L. Miller, Clerk of Court