B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re    HEATHER LEE PETTERSON                                    Case No.  25-00969

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | Resurgent Capital Services as servicing agent for Best Egg |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Resurgent Receivables LLC
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Court Claim # (if known):  4
Amount of Claim:  $4,772.78
Date Claim Filed:  06/04/2025

Phone:  (877) 264-5884
Last Four Digits of Acct #:  3187

Phone: _____
Last Four Digits of Acct. #:  1808

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Helga Ridgeway                                    Date:  8/4/2025
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.