## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Heather Lee Petterson, Debtor                    Case No. 25-00969-JAW
                                                                                    CHAPTER 13

### APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Debtor desires to employ Fay Law Associates Inc. to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Fay Law Associates Inc. has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Fay Law Associates Inc. will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Fay Law Associates Inc. as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Heather Lee Petterson, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com



**FAY LAW ASSOCIATES, INC.**
RI ~ MA ~ CT

## CONTINGENT FEE AGREEMENT
Executed in Duplicate

Date: 10/18/24

Heather Petterson of _____ hereinafter referred as the Client and an authorized agent of FAY LAW ASSOCIATES, INC. hereinafter referred to as Attorney agree to the following:

FAY LAW ASSOCIATES agree to represent the client for personal injuries suffered as a result of an incident on 10-17-24.

In the event that FAY LAW ASSOCIATES is unable to recover any monies for the client's personal injuries, FAY LAW ASSOCIATES agree not to charge the client for its services.

In consideration thereof, the client agrees to compensate FAY LAW ASSOCIATES in the amount of one third (1/3) of what it recovers on the client's behalf for the client's personal injuries, and to reimburse FAY LAW ASSOCIATES for its reasonable costs in its efforts to secure a recovery for the client.

The client and FAY LAW ASSOCIATES agree that in the event the client chooses to abandon his/her claim or in the event that FAY LAW ASSOCIATES withdraws or its services are terminated prior to a full and final determination of the claim, the client shall pay a reasonable fee to FAY LAW ASSOCIATES' for its services at the time of discharge.

WE HAVE READ THIS AGREEMENT AND UNDERSTAND IT BEFORE SIGNING.

X _____
Heather Petterson (Oct 18, 2024 10:00 EDT)

X _____
Attorney

Explained and interpreted in _____ by _____

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on September 15, 2025, to:

By USPS First Class Mail:

    Debtor

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.