# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Heather Lee Petterson, Debtor                    Case No. 25-00969-JAW
                                                                        CHAPTER 13

## NOTICE

Debtor has filed papers with the court to be Employ Special Counsel. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: September 15, 2025.        Signature:    /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer A Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               P.O. Box 13767
                                               Jackson, MS 39236
                                               601-500-5533
                                               trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Heather Lee Petterson, Debtor                    Case No. 25-00969-JAW
                                                           CHAPTER 13

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Debtor desires to employ Fay Law Associates Inc. to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Fay Law Associates Inc. has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Fay Law Associates Inc. will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Fay Law Associates Inc. as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Heather Lee Petterson, APPLICANT

BY:

 /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com



## CONTINGENT FEE AGREEMENT
Executed in Duplicate

Date: 10/18/24

Heather Petterson of _____ hereinafter referred as the Client and an authorized agent of FAY LAW ASSOCIATES, INC. hereinafter referred to as Attorney agree to the following:

FAY LAW ASSOCIATES agree to represent the client for personal injuries suffered as a result of an incident on 10-17-24.

In the event that FAY LAW ASSOCIATES is unable to recover any monies for the client's personal injuries, FAY LAW ASSOCIATES agree not to charge the client for its services.

In consideration thereof, the client agrees to compensate FAY LAW ASSOCIATES in the amount of one third (1/3) of what it recovers on the client's behalf for the client's personal injuries, and to reimburse FAY LAW ASSOCIATES for its reasonable costs in its efforts to secure a recovery for the client.

The client and FAY LAW ASSOCIATES agree that in the event the client chooses to abandon his/her claim or in the event that FAY LAW ASSOCIATES withdraws or its services are terminated prior to a full and final determination of the claim, the client shall pay a reasonable fee to FAY LAW ASSOCIATES' for its services at the time of discharge.

WE HAVE READ THIS AGREEMENT AND UNDERSTAND IT BEFORE SIGNING.

X _____
Heather Petterson (Oct 18, 2024 10:00 EDT)

X _____
Attorney

Explained and interpreted in _____ by _____

445 RESERVOIR AVENUE, CRANSTON, RI 02910 ~ (401) 944-9600 ~ FAX (401) 942-7670
GENERAL E-MAIL: INFO@FAYLAW.NET
WWW.FAYLAW.NET

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on September 15, 2025, to:

By USPS First Class Mail:

    Debtor

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>HEATHER LEE PETTERSON | CASE NO: 25-00969<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 9/15/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>HEATHER LEE PETTERSON | CASE NO: 25-00969<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/15/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                        EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING      RESURGENT RECEIVABLES LLC                  US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                 CO RESURGENT CAPITAL SERVICES              THAD COCHRAN US COURTHOUSE
CASE 25-00969                         PO BOX 10587                               501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI      GREENVILLE   SC 29603-0587                 SUITE 2300
MON SEP 15 9-14-55 PST 2025                                                      JACKSON  MS 39201-5036



AMEX                                  BEST EGG                                   CITIBANK
PO BOX 981540                         ATTN BANKRUPCTY                            PO BOX 790040
EL PASO  TX 79998-1540                PO BOX 42912                               ST LOUIS  MO 63179-0040
                                      PHILADELPHIA  PA 19101-2912



EXCLUDE
(D)CITIBANK                           CITIBANK NA                                CITIBANK  NA
PO BOX 790040                         CITIBANK  NA                               5800 S CORPORATE PL
ST LOUIS  MO 63179-0040               5800 S CORPORATE PL                        SIOUX FALLS  SD 57108-5027
                                      SIOUX FALLS  SD  57108-5027



ELAN FINANCIAL SERVICE                GOLDMAN SACHS BANK USA                     (P)JEFFERSON CAPITAL SYSTEMS LLC
CB DISPUTES                           ATTN BANKRUPTCY                            PO BOX 7999
SAINT LOUIS  MO 63166                 PO BOX 70379                               SAINT CLOUD MN 56302-7999
                                      PHILADELPHIA  PA 19176-0379



EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC   LVNV FUNDING  LLC                          RESURGENT CAPITAL SERVICES AS SERVICIN
PO BOX 7999                           RESURGENT CAPITAL SERVICES                 AGEN
SAINT CLOUD MN 56302-7999             PO BOX 10587                               RESURGENT CAPITAL SERVICES
                                      GREENVILLE  SC 29603-0587                  PO BOX 10587
                                                                                 GREENVILLE  SC 29603-0587



RESURGENT RECEIVABLES  LLC            RHODE ISLAND CREDIT UN                     SYNCHRONY BANK
RESURGENT CAPITAL SERVICES            160 FRANCIS STREET                         ATTN BANKRUPTCY
PO BOX 10587                          PROVIDENCE  RI 02903-1118                  PO BOX 965064
GREENVILLE  SC 29603-0587                                                        ORLANDO  FL 32896-5064



                                      EXCLUDE
SYNCHRONY BANK                        (D)SYNCHRONY BANK                          US BANK NATIONAL ASSOCIATION DBA ELAN
ATTN BANKRUPTCY                       ATTN BANKRUPTCY                            FINANCIAL SERVICES
PO BOX 965060                         PO BOX 965064                              BANKRUPTCY DEPARTMENT
ORLANDO  FL 32896-5060                ORLANDO  FL 32896-5064                     PO BOX 108
                                                                                 SAINT LOUIS MO 63166-0108



EXCLUDE                               EXCLUDE                                    DEBTOR
UNITED STATES TRUSTEE                 HAROLD J BARKLEY JR                        HEATHER LEE PETTERSON
501 EAST COURT STREET                 PO BOX 4476                                158 SYKES AVE
SUITE 6-430                           JACKSON  MS 39296-4476                     FLORENCE  MS 39073-9370
JACKSON  MS 39201-5022



EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```