United States Bankruptcy Court
Southern District of Mississippi

In re: Heather Lee Petterson, Debtor

Case No. 25-00969-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 1
Date Rcvd: Oct 10, 2025  Form ID: pdf012  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Lee Petterson, 158 Sykes Ave, Florence, MS 39073-9370 |
| sp | + | Fay Law Associates Inc., 455 Reservoir Avenue, Cranston, RI 02910-1728 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Heather Lee Petterson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Heather Lee Petterson, Debtor            Case No. 25-00969-JAW
                                                                                              CHAPTER 13

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

THIS CAUSE came on for consideration of the Application to Employ Special Counsel (Dkt. 28 ), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED AND ADJUDGED that Fay Law Associates Inc. is hereby authorized to be employed as Special Counsel, to provide assistance with Debtor's personal injury claim, as the Court finds that authorizing said employment of Special Counsel is in the best interests of the Debtor's Estate.

IT IS FURTHER ORDERED AND ADJUDGED that Special Counsel's representation shall be confined to involvement with the foregoing claim. Compensation, fees, and reimbursement of costs and expenses shall be paid to Special Counsel only after approval by this Court. Further, compensation and reimbursement of costs shall not exceed fifty percent (50%) of the recovery.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com