**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Heather Lee Petterson                    Case No. 25-00969-JAW
, Debtor                                          CHAPTER 13

## MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, Thomas C. Rollins, Jr., attorney for Debtor files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C.  § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

### SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3.      On or about October 10, 2026, Fay Law Associates Inc was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim.  That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

4.      The personal injury claim is now settled in the gross amount of $12,019.80.   The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5.      Special Counsel requests settlement approval and authority to pay the settlement proceeds of $12,019.80 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

      a.      Attorney's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $4,006.60

      b.      Expenses: $171.53

    c.      Subrogation Reimbursement: $666.67

    d.      To Special Counsel the sum of $1,775.00 for full satisfaction of the following medicals:

      i.   Per Performance Physical Therapy - $175.00

     ii.   West Warwick Fire Department - $500.00

    iii.   Merit Health River Oaks - $200.00

    iv.   MRI - $100.00

     v.   Federal Blue Cross Blue Shield – $800.00

    e.      Amount to by retained by the Trustee for Distribution in Debtor's case pursuant to further order of this Court: $5,400.00.

### COMPENSATION OF SPECIAL COUNSEL

6. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation.  The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8. That the attorneys are duly licensed and authorized, practicing in Mississippi.

9.      On or about October 10, 2025, Fay Law Inc was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim.  That claim is now settled pending Court approval.   That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

10.     Debtor is entitled to a distribution from a settlement in the gross amount of $12,019.80.  Special Counsel requests attorney's fees of $4,006.60, representing 33.33% of the gross settlement and $171.53 as reimbursement of necessary expenses.  That a 33.33% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on April 7, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)