**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Heather Lee Petterson**                                  **Case No. 25-00969-JAW**
**, Debtor**                                                                          **CHAPTER 13**

### <u>ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS</u>

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #_____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $12,019.80.

IT IS FURTHER ORDERED that the Court hereby approves Special Counsel's fees in the amount of $4,006.60 and the expense fess in the amount of $171.53.

IT IS FURTHER ORDERED that the Court hereby  approves a distribution of proceeds as follows:

      a. To Fay Law Inc for Attorney's Fees:  $4,006.60

      b. Expenses: $171.53

     c.   Subrogation Reimbursement: $666.67

     d.   To Fay Law Inc the sum of $1,775.00 for full satisfaction of the following medicals:

        i.   Per Performance Physical Therapy - $175.00

        ii.   West Warwick Fire Department - $500.00

        iii.   Merit Health River Oaks - $200.00

        iv.   MRI - $100.00

        v.   Federal Blue Cross Blue Shield – $800.00

     e.   Amount retained by the Trustee for Distribution in Debtor's bankruptcy case pursuant to further order of this Court: $5,400.00.

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross settlement proceeds to the Chapter 13 Trustee.  The Trustee shall distribute the proceeds as provided above.  The Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533