**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Heather Lee Petterson**                **Case No. 25-00969-JAW**
    **, Debtor**                                          **CHAPTER 13**

## NOTICE

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: April 7, 2026          Signature:    /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                      Jennifer A Curry Calvillo (MSBN 104367)
                                      The Rollins Law Firm, PLLC
                                      PO Box 13767
                                      Jackson, MS 39236
                                      601-500-5533
                                      trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Heather Lee Petterson**                                    **Case No. 25-00969-JAW**
          **, Debtor**                                                          **CHAPTER 13**

### MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, Thomas C. Rollins, Jr., attorney for Debtor files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C.  § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

### SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3.      On or about October 10, 2026, Fay Law Associates Inc was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim.  That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

4.      The personal injury claim is now settled in the gross amount of $12,019.80.   The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5.      Special Counsel requests settlement approval and authority to pay the settlement proceeds of $12,019.80 to the Chapter 13 Trustee who shall then disburse the claim proceeds as follows:

      a.      Attorney's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $4,006.60

      b.      Expenses: $171.53

  c.  Subrogation Reimbursement: $666.67

  d.  To Special Counsel the sum of $1,775.00 for full satisfaction of the following medicals:

    i. Per Performance Physical Therapy - $175.00

    ii. West Warwick Fire Department - $500.00

    iii. Merit Health River Oaks - $200.00

    iv. MRI - $100.00

    v. Federal Blue Cross Blue Shield – $800.00

  e.  Amount to by retained by the Trustee for Distribution in Debtor's case pursuant to further order of this Court: $5,400.00.

## COMPENSATION OF SPECIAL COUNSEL

6. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation.  The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8. That the attorneys are duly licensed and authorized, practicing in Mississippi.

9.      On or about October 10, 2025, Fay Law Inc was employed as Special Counsel (Dk# 30) representing Debtor in a personal injury claim.  That claim is now settled pending Court approval.   That Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses.

10.      Debtor is entitled to a distribution from a settlement in the gross amount of $12,019.80.  Special Counsel requests attorney's fees of $4,006.60, representing 33.33% of the gross settlement and $171.53 as reimbursement of necessary expenses.  That a 33.33% contingency falls withing the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on April 7, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HEATHER LEE PETTERSON

CASE NO: 25-00969

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/7/2026, I did cause a copy of the following documents, described below,

Motion to Approve Settlement, Compensate Special Counsel and Distribution of Proceeds

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/7/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

HEATHER LEE PETTERSON

CASE NO: 25-00969

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/7/2026, a copy of the following documents, described below,

Motion to Approve Settlement, Compensate Special Counsel and Distribution of Proceeds

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/7/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00969
SOUTHERN DISTRICT OF MISSISSIPPI
TUE APR 7 11-59-16 PST 2026

FAY LAW ASSOCIATES INC
455 RESERVOIR AVENUE
CRANSTON  RI 02910-1728

RESURGENT RECEIVABLES LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

AMEX
PO BOX 981540
EL PASO  TX 79998-1540

BEST EGG
ATTN BANKRUPCTY
PO BOX 42912
PHILADELPHIA  PA 19101-2912

EXCLUDE

CITIBANK
PO BOX 790040
ST LOUIS  MO 63179-0040

(D)CITIBANK
PO BOX 790040
ST LOUIS  MO 63179-0040

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD 57108-5027

ELAN FINANCIAL SERVICE
CB DISPUTES
SAINT LOUIS  MO 63166

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA  PA 19176-0379

EXCLUDE

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

RHODE ISLAND CREDIT UN
160 FRANCIS STREET
PROVIDENCE  RI 02903-1118

EXCLUDE

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

(D)SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

EXCLUDE

EXCLUDE

US BANK NATIONAL ASSOCIATION DBA ELAN
FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON  MS 39296-4476

DEBTOR

HEATHER LEE PETTERSON
158 SYKES AVE
FLORENCE  MS 39073-9370

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767