**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                              **CHAPTER 13 NO.:**

**HEATHER LEE PETTERSON**                                          **25-00969 – JAW**

**TRUSTEE'S RESPONSE TO**
**DEBTOR'S MOTION TO APPROVE COMPROMISE OR SETTLEMENT**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtor's Motion to Approve Compromise or Settlement (DK # 34); and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      That, the gross settlement proceeds should be turned over to the Trustee for disbursement.

2.      That, Special Counsel should be required to provide a breakdown of the requested expenses in the amount of $171.53.

3.      That, the net settlement proceeds in the amount of $5,400.00 should be used to pay an increased distribution to unsecured creditors.

4.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: April 8, 2026

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Heather Lee Petterson
158 Sykes Avenue
Florence, MS 39073

Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, RI 02910


Dated:   April 8, 2026


/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.