**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

HEATHER LEE PETTERSON                                        25 – 00969 – JAW

**TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT,**
**COMPENSATE SPECIAL COUNSEL AND AUTHORIZE**
**DISTRIBUTION OF PROCEEDS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to Debtor's Motion to Approve

Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds [DK #37]; and in support

thereof would most respectfully show unto this Honorable Court as follows:

1.      That, the gross settlement proceeds should be turned over to the Trustee for disbursement.

2.      That, Special Counsel should be required to provide a breakdown of the requested

expenses in the amount of $171.53.

3.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed,

and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such

other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: April ____9____, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Heather Lee Petterson
158 Sykes Ave.
Florence, MS  39073


Dated:  April ____9____, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.