_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**HEATHER LEE PETTERSON,**                                    **CASE NO. 25-00969-JAW**

**DEBTOR.**                                                               **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds filed by the Debtor (the "Motion") (Dkt. #37) and the Trustee's Response (the "Response") (Dkt. #38). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on June 8, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for June 29, 2026, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693